Case 3:05-cr-00134-N   Document 1   Filed 06/01/05   Page 1 of 3   PageID 1



ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 8 05 - CR - 0 1 3 4 N |
| | § | |
| STEVEN KYLE MAXWELL | § | |

INDICTMENT

The Grand Jury Charges:

Count One
Interference with Flight Crew Members and Attendants
(49 U.S.C. § 46504)

On or about July 25, 2004, **Steven Kyle Maxwell**, defendant, while on board an aircraft in the special aircraft jurisdiction of the United States, did knowingly assault and intimidate a Southwest Airlines flight attendant, on a flight from Houston, Texas to Tulsa, Oklahoma, causing a detoured landing at Dallas Love Field in the Dallas Division of the Northern District of Texas, and did thereby interfere with the performance of said flight attendant's duties.

In violation of 49 U.S.C. § 46504.

## Count Two
### Assault in the Special Aircraft Jurisdiction of the United States
### (49 U.S.C. § 46506; 18 U.S.C. § 113)

On or about July 25, 2004, **Steven Kyle Maxwell**, defendant, while on board an aircraft in the special aircraft jurisdiction of the United States, did knowingly commit an act which, if committed within the special maritime and territorial jurisdiction of the United States, would violate the provisions of 18 U.S.C. § 113; that is, that the defendant, **Steven Kyle Maxwell**, while on a Southwest Airlines flight from Houston, Texas to Tulsa, Oklahoma, did knowingly assault a fellow passenger by biting his hand and striking him in the lip, with the intent to commit a felony; that is, to knowingly interfere with the performance of the duties of a flight attendant, as alleged in Count 1, which resulted in a detoured landing at Dallas Love Field in the Dallas Division of the Northern District of Texas.

In violation of 49 U.S.C. § 46506 and 18 U.S.C. § 113(2).


RICHARD B. ROPER
United States Attorney

NATHAN F. GARRETT
Assistant United States Attorney
Missouri State Bar No. 46500
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Tel: 214.659.8632
Fax: 214.767.2846

**Maxwell Indictment-Page 2**

*Criminal Case Cover Sheet*                                           Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes  ☒ No     New Defendant: ☒ Yes  ☐ No

Pending CR Case in NDTX: ☐ Yes  ☐ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____   3:05-CR-0134N

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes  ☒ No

   If Yes, Matter to be sealed: ☐ Yes  ☐ No

   Defendant Name:  Steven Kyle Maxwell

   Alias Name: _____

   Address: _____

   County in which offense was committed: _____

   *RECEIVED JUN - 1 2005 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS*

2. **U.S. Attorney Information**

   AUSA Nathan Garrett          Bar #  MO Bar No. 46500

3. **Interpreter**

   ☐ Yes  ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date Issue Arrest Warrant

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  2     ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   | --- | --- | --- |
   | 49 USC § 46504 | Interference with Flight Crew Members and Attendants | 1 |
   | 49 USC § 46506 and 18 U.S.C. § 113 | Assault in the Special Aircraft Jurisdiction of the United States | 2 |

Date _____     Signature of AUSA: _____

NATHAN GARRETT