ORIGINAL

# United States District Court
## Northern District of Texas
*Dallas Division*

NORTHERN DISTRICT OF TEXAS
FILED
JUN 3 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA
V.
STEVEN KYLE MAXWELL
AKA:

**WARRANT FOR ARREST**

CASE NUMBER: 3:05CR134-N
MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Steven Kyle Maxwell** and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

**Interference with flight crew members and attendants; Asssault in the special aircraft jurisdiction of the United States.**

in violation of Title 49; 49 and 18 United States Code, Section(s) 46504; 46506 and 113.

| KAREN MITCHELL | CLERK, U.S. DISTRICT COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| HONORABLE William F. Sanderson | June 2, 2005, Dallas, TX |
| U.S. Magistrate Judge | Date and Location |

By: L. Rainbolt, *Deputy Clerk*

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Arrested by FBI Dallas

| DATE RECEIVED 060205 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 060305 | Irene Campos | Irene Campos |